## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------

JOSE A. HERNANDEZ-TIRADO )
    Petitioner )
    *pro-se* )
           )
      v. )
           )
CRAIG LOWE, in his Official )
Capacity as Warden of PCCF; )
CHRISTENSEN badge # 8, in his )
Official Capacity as Correctional Officer )
BARRY badge # 66, in his Official )
Capacity as Correctional Officer )
    Respondents )

------------------------------------------------------

*4-1897*

**MOTION FOR IN FORMA PAUPERIS STATUS**

Civil Action No. _____

**FILED SCRANTON**

SEP 3 0 2014

PER _____ DEPUTY CLERK

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS.

**AND NOW COMES** JOSE A. HERNANDEZ-TIRADO, *pro-se,* Petitioner in the above captioned matter, respectfully hereby invoke my right to access this Honorable Court of my own volition, for the purpose of being heard on the Annexed Motion for Leave to Proceed in Forma Pauperis, and for an Order permitting petitioner to proceed without prepayment of fees and costs.

Petitioner has attached an Affidavit and Application in Support of this Motion.

Dated this 25th, day of September 2014.

Respectfully Submitted;

_____
José A. Hernández-Tirado, *pro-se*
Petitioner

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------

| | | |
|---|---|---|
| JOSE A. HERNANDEZ-TIRADO | ) | |
| Petitioner | ) | **AFFIDAVIT AND** |
| *pro-se* | ) | **APPLICATION IN** |
| | ) | **SUPPORT OF MOTION** |
| v. | ) | **IN FORMA PAUPERIS** |
| | ) | **STATUS** |
| CRAIG LOWE, in his Official | ) | |
| Capacity as Warden of PCCF; | ) | |
| CHRISTENSEN badge # 8, in his | ) | Civil Action No. _____ |
| Official Capacity as Correctional Officer | ) | |
| BARRY badge # 66, in his Official | ) | |
| Capacity as Correctional Officer | ) | |
| Respondents | ) | |

---------------------------------------------------

## AFFIDAVIT AND APPLICATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS.

I, JOSE A. HERNANDEZ-TIRADO, *pro-se,* Petitioner in the above entitled matter, in support of my Motion to Proceed without being required to prepay fees or costs, by completing this Application, I am requesting in *forma pauperis* status rather than paying the filing fee at the time of filing.

I state that because of my poverty, I am unable to pay the costs of said proceedings and that I believe I am entitled to an <u>Order</u> granting the Motion to proceed in *forma pauperis.*

I further understand that, if my request is granted, my fee will not be waived, but I will be responsible to pay the fee from my prison trust account in increments, when and as I am able to do so.

IN FORMA PAUPERIS AFFIDAVIT HABEAS (Rev. 11/02)

I declare that the responses, which I have made below are true.

1.  Are you employed?  Yes ___ No ✓ . If employed, please state your job title and the total amount of wages you make per month.

    _____ N/A _____   $ ___ N/A ___ per month.

    Job Title

2.  Within the past twelve (12) months, have you received any money from any of the following sources?

    a.  Business, or other form of self-employment?   Yes ___ No ✓
    b.  Rent payments, interest or dividends?          Yes ___ No ✓
    c.  Pensions, annuities, or life insurance payments: Yes ___ No ✓
    d.  Gifts or inheritances?                         Yes ___ No ✓
    e.  Any other sources?  _____            Yes ___ No ✓

    (State Source)

    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve (12) months.

    _____ N/A _____

    _____

3.  Do you have any money, including in prison accounts or other checking or savings accounts?

    Yes ✓     No ____

    If the answer is "yes," state the total amount.   $ /2 . 37

4.  Do you own or have any interest in any real state, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____   No __✓__.

If the answer is "yes", describe the property and state its approximately value.

N/A

_____

_____

5.  List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you do, or are obligated to contribute, toward their support.

_____N/A_____   _____N/A_____   $ ___N/A___

_____N/A_____   _____N/A_____   $ ___N/A___

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury.

José A. Hernández-Tirado, *pro se*
Petitioner

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th, day of September 2014.

José A. Hernández-Tirado, *pro se*
Petitioner

IN FORMA PAUPERIS AFFIDAVIT HABEAS (Rev. 11/02)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

--------------------------------------------------

JOSE A. HERNANDEZ-TIRADO )
        Petitioner )
        *pro-se* )
         )    **STATEMENT OF TRUST**
         )    **FUND ACCOUNT**
        v. )
         )

CRAIG LOWE, in his Official )
Capacity as Warden of PCCF; )
CHRISTENSEN badge # 8, in his )    Civil Action No. _____
Official Capacity as Correctional Officer )
BARRY badge # 66, in his Official )
Capacity as Correctional Officer )
        Respondents )

--------------------------------------------------

I certify that Jose Hernandez-Tirado , Petitioner named

herein, has the sum of $ 12.37 on account to his/her credit at the

Pike County Correctional Facility where he/she is confined.

I further certify that the attached is a true and correct copy of the

above-named Petitioner's trust fund account statement for the six-month

period immediately prior to filing.

Dated this 19, day of September 20 14.

                     _____
                     Authorized Officer of Institution

IN FORMA PAUPERIS AFFIDAVIT HABEAS (Rev. 11/02)

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 05/07/2014 09:58 | Withdrawal | -72.20 | CP | | COMMISSARY SUMMARY POSTING | 1000.16 | 3038186 |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | |
| 05/08/2014 21:56 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 995.13 | 3040227 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/10/2014 10:47 | Withdrawal | -4.96 | ITC | | DEBIT CHARGE TO 5707309522 | 990.17 | 3041443 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/10/2014 22:14 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 985.14 | 3042046 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/11/2014 16:37 | Withdrawal | -3.71 | ITC | | DEBIT CHARGE TO 5707309522 | 981.43 | 3042534 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/12/2014 09:01 | Withdrawal | -3.29 | PM | | FLT-ATTY ROBERT M BUTTNER ESC | 978.14 | 3043086 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 05/13/2014 14:06 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 973.11 | 3044605 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/13/2014 14:39 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 968.08 | 3044638 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/13/2014 22:24 | Withdrawal | -3.09 | ITC | | DEBIT CHARGE TO 5707309522 | 964.99 | 3045288 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/14/2014 12:47 | Withdrawal | -80.00 | CP | | COMMISSARY SUMMARY POSTING | 884.99 | 3045576 |
| Authorizing Employee: | | | | | ITI COMMISSARY SUMMARY POSTING | | |
| 05/14/2014 21:48 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 879.96 | 3046240 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/14/2014 22:19 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 874.93 | 3046339 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/16/2014 14:50 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 869.90 | 3048093 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/17/2014 19:36 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 864.87 | 3049340 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/18/2014 14:49 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 859.84 | 3050006 |
| Authorizing Employee: | | | | | Document Locator Number: | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

Page 26 of 36

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 05/18/2014 19:45 | Withdrawal | -4.96 | ITC | | DEBIT CHARGE TO 5707309522 | 854.88 | 3050263 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/19/2014 08:46 | Withdrawal | -3.48 | ITC | | DEBIT CHARGE TO 5707309522 | 851.40 | 3050528 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/20/2014 14:36 | Withdrawal | -4.49 | ITC | | DEBIT CHARGE TO 5707309522 | 846.91 | 3052340 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/21/2014 16:12 | Withdrawal | -80.00 | CP | | COMMISSARY SUMMARY POSTING    ITI COMMISSARY SUMMARY POSTING | 766.91 | 3053564 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/21/2014 16:40 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 761.88 | 3053638 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/21/2014 20:14 | Withdrawal | -4.65 | ITC | | DEBIT CHARGE TO 5707309522 | 757.23 | 3053989 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/24/2014 20:19 | Withdrawal | -4.96 | ITC | | DEBIT CHARGE TO 5707309522 | 752.27 | 3057195 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/26/2014 16:30 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 749.33 | 3058502 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/28/2014 08:48 | Withdrawal | -3.79 | ITC | | DEBIT CHARGE TO 5707309522 | 745.54 | 3059953 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/28/2014 16:59 | Withdrawal | -4.49 | ITC | | DEBIT CHARGE TO 5707309522 | 741.05 | 3060483 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/28/2014 17:28 | Withdrawal | -61.15 | CP | | COMMISSARY SUMMARY POSTING    ITI COMMISSARY SUMMARY POSTING | 679.90 | 3060553 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/29/2014 12:36 | Withdrawal | -3.01 | ITC | | DEBIT CHARGE TO 5707309522 | 676.89 | 3061571 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/29/2014 19:33 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 673.95 | 3062168 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 05/31/2014 16:58 | Withdrawal | -3.01 | ITC | | DEBIT CHARGE TO 5707309522 | 670.94 | 3064122 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/03/2014 07:46 | Withdrawal | -.69 | FV | | FLT-AUSA FRAN SEMP, ESQUIRE | 670.25 | 3067055 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 06/03/2014 07:48 | Deposit | .69 | VF | | ERROR CODE | 670.94 | 3067057 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 06/03/2014 07:48 | Withdrawal | -.69 | PM | | FLT-AUSA FRAN SEMPA ESQUIRE | 670.25 | 3067059 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 06/03/2014 07:48 | Withdrawal | -.90 | PM | | FLT-CLERK OF COURTS US DIST CF | 669.35 | 3067060 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 06/03/2014 07:50 | Withdrawal | -2.66 | PM | | FLT-ROBERT P J VITO | 666.69 | 3067061 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 06/04/2014 16:36 | Withdrawal | -26.15 | CP | | COMMISSARY SUMMARY POSTING | 640.54 | 3068710 |
| Authorizing Employee: | | | | | Document Locator Number:   ITI COMMISSARY SUMMARY POSTING | | |
| 06/09/2014 09:03 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 637.60 | 3073108 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/11/2014 09:23 | Withdrawal | -100.00 | CW | | MO FOR CLARITZA MONTALVO | 537.60 | 3075666 |
| Authorizing Employee: 059 | | | | | Document Locator Number: | | |
| 06/11/2014 09:23 | Withdrawal | -1.00 | MO | | ISSUED MO | 536.60 | 3075667 |
| Authorizing Employee: 059 | | | | | Document Locator Number: | | |
| 06/11/2014 10:16 | Withdrawal | -28.30 | CP | | COMMISSARY SUMMARY POSTING | 508.30 | 3075704 |
| Authorizing Employee: | | | | | Document Locator Number:   ITI COMMISSARY SUMMARY POSTING | | |
| 06/13/2014 09:31 | Withdrawal | -3.33 | ITC | | DEBIT CHARGE TO 5707309522 | 504.97 | 3077853 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/13/2014 10:04 | Withdrawal | -3.40 | ITC | | DEBIT CHARGE TO 5707309522 | 501.57 | 3077858 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/14/2014 09:29 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 498.63 | 3078633 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/14/2014 10:00 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 493.60 | 3078656 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/14/2014 10:03 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 490.66 | 3078660 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/14/2014 10:23 | Withdrawal | -4.26 | ITC | | DEBIT CHARGE TO 5707309522 | 486.40 | 3078702 |
| Authorizing Employee: | | | | | Document Locator Number: | | |

**Inmate Account Summary Legacy Report**
**Pike County Correctional Facility**

Today's Date: 09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 06/15/2014 11:16 Authorizing Employee: | Withdrawal | -4.88 | ITC | | DEBIT CHARGE TO 5707309522 Document Locator Number: | 481.52 | 3079398 |
| 06/15/2014 19:44 Authorizing Employee: | Withdrawal | -3.64 | ITC | | DEBIT CHARGE TO 5707309522 Document Locator Number: | 477.88 | 3079759 |
| 06/16/2014 12:06 Authorizing Employee: 459 | Withdrawal | -15.25 | EF | | ORDER - RADIO, EARBUDS Document Locator Number: | 462.63 | 3080400 |
| 06/16/2014 12:38 Authorizing Employee: 499 | Deposit | 1000.00 | MO | | CLARITZA MONTALVO Document Locator Number: | 1462.63 | 3080482 |
| 06/16/2014 12:38 Authorizing Employee: 499 | Deposit | 600.00 | MO | | CLARITZA MONTALVO Document Locator Number: | 2062.63 | 3080483 |
| 06/16/2014 13:57 Authorizing Employee: | Withdrawal | -3.40 | ITC | | DEBIT CHARGE TO 5707309522 Document Locator Number: | 2059.23 | 3080590 |
| 06/16/2014 14:14 Authorizing Employee: | Withdrawal | -3.64 | ITC | | DEBIT CHARGE TO 5707309522 Document Locator Number: | 2055.59 | 3080612 |
| 06/17/2014 07:51 Authorizing Employee: 459 | Withdrawal | -5.80 | PM | | FLT-CLRK CRTS US DIST CRT MID F Document Locator Number: | 2049.79 | 3081329 |
| 06/17/2014 07:53 Authorizing Employee: 459 | Withdrawal | -2.45 | PM | | FLT-ASSIST US ATTY FRAN SEMPA I Document Locator Number: | 2047.34 | 3081330 |
| 06/17/2014 07:54 Authorizing Employee: 459 | Withdrawal | -2.45 | PM | | FLT-ATTY ROBERT M BUTTNER Document Locator Number: | 2044.89 | 3081331 |
| 06/18/2014 12:47 Authorizing Employee: | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 Document Locator Number: | 2041.95 | 3082495 |
| 06/18/2014 15:02 Authorizing Employee: 059 | Withdrawal | -79.30 | CO | | FAXED ORDER 6/19 Document Locator Number: | 1962.65 | 3082664 |
| 06/19/2014 10:48 Authorizing Employee: | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 Document Locator Number: | 1957.62 | 3083447 |
| 06/20/2014 17:01 Authorizing Employee: | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 Document Locator Number: | 1952.59 | 3084598 |
| 06/20/2014 17:17 Authorizing Employee: | Withdrawal | -3.95 | ITC | | DEBIT CHARGE TO 5707309522 Document Locator Number: | 1948.64 | 3084609 |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

Page 29 of 36

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 06/20/2014 22:31 | Withdrawal | -8.03 | ITC | | DEBIT CHARGE TO 7874317904 | 1940.61 | 3085096 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/21/2014 11:24 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1935.58 | 3085210 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/21/2014 11:51 | Withdrawal | -4.72 | ITC | | DEBIT CHARGE TO 5707309522 | 1930.86 | 3085238 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/22/2014 14:05 | Withdrawal | -3.09 | ITC | | DEBIT CHARGE TO 5707309522 | 1927.77 | 3086180 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/22/2014 14:45 | Withdrawal | -3.95 | ITC | | DEBIT CHARGE TO 5707309522 | 1923.82 | 3086213 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/22/2014 20:33 | Withdrawal | -4.88 | ITC | | DEBIT CHARGE TO 5707309522 | 1918.94 | 3086452 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/23/2014 10:06 | Withdrawal | -4.41 | ITC | | DEBIT CHARGE TO 5707309522 | 1914.53 | 3086790 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/23/2014 21:12 | Withdrawal | -13.48 | ITC | | DEBIT CHARGE TO 5708153445 | 1901.05 | 3087880 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/24/2014 08:48 | Withdrawal | -5.00 | SC | | 5 acct pages | 1896.05 | 3088121 |
| Authorizing Employee: 059 | | | | | Document Locator Number: | | |
| 06/25/2014 09:19 | Withdrawal | -4.49 | ITC | | DEBIT CHARGE TO 5707309522 | 1891.56 | 3089138 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/25/2014 14:09 | Withdrawal | -80.00 | CP | | COMMISSARY SUMMARY POSTING | 1811.56 | 3089402 |
| Authorizing Employee: | | | | | Document Locator Number:   ITI COMMISSARY SUMMARY POSTING | | |
| 06/26/2014 09:42 | Withdrawal | -3.56 | ITC | | DEBIT CHARGE TO 5707309522 | 1808.00 | 3089936 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/26/2014 14:46 | Withdrawal | -3.87 | ITC | | DEBIT CHARGE TO 5707309522 | 1804.13 | 3090323 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/26/2014 17:48 | Withdrawal | -3.79 | ITC | | DEBIT CHARGE TO 5707309522 | 1800.34 | 3090641 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 06/27/2014 22:16 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 1797.40 | 3092307 |
| Authorizing Employee: | | | | | Document Locator Number: | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 07/01/2014 09:48 | Withdrawal | -79.95 | CP | | COMMISSARY SUMMARY POSTING | 1717.45 | 3095435 |
| Authorizing Employee: | | | | | Document Locator Number:   ITI COMMISSARY SUMMARY POSTING | | |
| 07/04/2014 19:58 | Withdrawal | -12.73 | ITC | | DEBIT CHARGE TO 5708153445 | 1704.72 | 3099346 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/05/2014 13:26 | Withdrawal | -3.09 | ITC | | DEBIT CHARGE TO 5707309522 | 1701.63 | 3099885 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/05/2014 17:17 | Withdrawal | -3.71 | ITC | | DEBIT CHARGE TO 5707309522 | 1697.92 | 3100004 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/06/2014 20:22 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1692.89 | 3100769 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/07/2014 08:52 | Withdrawal | -2.76 | PM | | FLT-CLK OF CRTS SCRANTON, PA | 1690.13 | 3101047 |
| Authorizing Employee: 499 | | | | | Document Locator Number: | | |
| 07/07/2014 09:13 | Withdrawal | -9.71 | ITC | | DEBIT CHARGE TO 5703415190 | 1680.42 | 3101139 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/07/2014 14:40 | Withdrawal | -4.34 | ITC | | DEBIT CHARGE TO 5707309522 | 1676.08 | 3101717 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/09/2014 19:24 | Withdrawal | -80.00 | CP | | COMMISSARY SUMMARY POSTING | 1596.08 | 3104403 |
| Authorizing Employee: | | | | | Document Locator Number:   ITI COMMISSARY SUMMARY POSTING | | |
| 07/09/2014 22:10 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5703415190 | 1591.05 | 3104782 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/10/2014 10:18 | Withdrawal | -8.20 | ITC | | DEBIT CHARGE TO 5703415190 | 1582.85 | 3104991 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/10/2014 10:25 | Withdrawal | -6.00 | EF | | THREE (3) PHOTO'S | 1576.85 | 3104989 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 07/10/2014 11:54 | Withdrawal | -13.48 | ITC | | DEBIT CHARGE TO 5703415190 | 1563.37 | 3105116 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/12/2014 11:33 | Withdrawal | -4.49 | ITC | | DEBIT CHARGE TO 5707309522 | 1558.88 | 3107481 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/13/2014 14:51 | Withdrawal | -3.87 | ITC | | DEBIT CHARGE TO 5707309522 | 1555.01 | 3108555 |
| Authorizing Employee: | | | | | Document Locator Number: | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 07/13/2014 21:27 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1549.98 | 3108792 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/14/2014 10:42 | Withdrawal | -8.00 | EF | | 20 THIN MARKERS, 10 THICK MARK | 1541.98 | 3109028 |
| Authorizing Employee: | 499 | | | | Document Locator Number: | | |
| 07/14/2014 19:59 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1536.95 | 3109852 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/14/2014 21:15 | Withdrawal | -3.40 | ITC | | DEBIT CHARGE TO 5707309522 | 1533.55 | 3110016 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/16/2014 09:05 | Withdrawal | -3.67 | ITC | | DEBIT CHARGE TO 5703415190 | 1529.88 | 3111532 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/16/2014 09:33 | Withdrawal | -79.80 | CP | | COMMISSARY SUMMARY POSTING | 1450.08 | 3111560 |
| Authorizing Employee: | | | | | Document Locator Number:   ITI COMMISSARY SUMMARY POSTING | | |
| 07/16/2014 11:02 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1445.05 | 3111612 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/16/2014 14:19 | Withdrawal | -3.56 | ITC | | DEBIT CHARGE TO 5707309522 | 1441.49 | 3111830 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/17/2014 22:05 | Withdrawal | -4.26 | ITC | | DEBIT CHARGE TO 5707309522 | 1437.23 | 3113836 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/19/2014 12:42 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 1434.29 | 3115229 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/19/2014 17:04 | Withdrawal | -3.71 | ITC | | DEBIT CHARGE TO 5707309522 | 1430.58 | 3115699 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/19/2014 17:38 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1425.55 | 3115774 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/21/2014 18:45 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 1422.61 | 3118182 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/22/2014 22:12 | Withdrawal | -3.17 | ITC | | DEBIT CHARGE TO 5707309522 | 1419.44 | 3119889 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/23/2014 09:08 | Withdrawal | -54.35 | CP | | COMMISSARY SUMMARY POSTING | 1365.09 | 3120017 |
| Authorizing Employee: | | | | | Document Locator Number:   ITI COMMISSARY SUMMARY POSTING | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date:  09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 07/23/2014 21:32 | Withdrawal | -4.80 | ITC | | DEBIT CHARGE TO 5707309522 | 1360.29 | 3121286 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/24/2014 14:27 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1355.26 | 3121906 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/24/2014 18:48 | Withdrawal | -3.56 | ITC | | DEBIT CHARGE TO 5707309522 | 1351.70 | 3122244 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/25/2014 10:23 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 1348.76 | 3122844 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/25/2014 10:31 | Withdrawal | -300.00 | CW | 459 | M/O TO CLARITZA MONTLAVO | 1048.76 | 3122845 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 07/25/2014 10:32 | Withdrawal | -1.00 | MO | 459 | M/O FEE | 1047.76 | 3122846 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 07/25/2014 19:27 | Withdrawal | -3.25 | ITC | | DEBIT CHARGE TO 5707309522 | 1044.51 | 3123394 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/26/2014 22:27 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1039.48 | 3124936 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/28/2014 11:42 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 1034.45 | 3126209 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/29/2014 17:14 | Withdrawal | -4.72 | ITC | | DEBIT CHARGE TO 5707309522 | 1029.73 | 3128399 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/30/2014 09:45 | Withdrawal | -44.30 | CP | | COMMISSARY SUMMARY POSTING          ITI COMMISSARY SUMMARY POSTING | 985.43 | 3129259 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/31/2014 09:19 | Withdrawal | -4.02 | ITC | | DEBIT CHARGE TO 5707309522 | 981.41 | 3130823 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/31/2014 13:21 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 976.38 | 3131089 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/31/2014 13:59 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 971.35 | 3131139 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 07/31/2014 20:13 | Withdrawal | -4.57 | ITC | | DEBIT CHARGE TO 5707309522 | 966.78 | 3131723 |
| Authorizing Employee: | | | | | Document Locator Number: | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 08/01/2014 14:35 | Withdrawal | -3.71 | ITC | | DEBIT CHARGE TO 5707309522 | 963.07 | 3132523 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/02/2014 17:43 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 960.13 | 3133871 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/02/2014 19:02 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 955.10 | 3133929 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/03/2014 13:35 | Withdrawal | -3.64 | ITC | | DEBIT CHARGE TO 5707309522 | 951.46 | 3134629 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/06/2014 14:15 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 946.43 | 3139105 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/06/2014 17:03 | Withdrawal | -61.50 | CP | | COMMISSARY SUMMARY POSTING   ITI COMMISSARY SUMMARY POSTING | 884.93 | 3139313 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/06/2014 17:20 | Withdrawal | -3.87 | ITC | | DEBIT CHARGE TO 5707309522 | 881.06 | 3139359 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/08/2014 10:27 | Withdrawal | -3.40 | ITC | | DEBIT CHARGE TO 5707309522 | 877.66 | 3141759 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/09/2014 20:21 | Withdrawal | -3.17 | ITC | | DEBIT CHARGE TO 5707309522 | 874.49 | 3143661 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/11/2014 08:43 | Withdrawal | -2.93 | PM | | FLT-CLK OF CRTS, SCRANTON PA | 871.56 | 3145094 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/11/2014 09:54 | Withdrawal | -4.41 | ITC | | DEBIT CHARGE TO 5707309522 | 867.15 | 3145194 |
| Authorizing Employee: 499 | | | | | Document Locator Number: | | |
| 08/13/2014 09:07 | Withdrawal | -35.65 | CP | | COMMISSARY SUMMARY POSTING   ITI COMMISSARY SUMMARY POSTING | 831.50 | 3147851 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/13/2014 12:53 | Withdrawal | -5.00 | SC | | 5 PAGES VISITATION LOG | 826.50 | 3148080 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 08/13/2014 21:37 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 821.47 | 3149121 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/15/2014 17:23 | Withdrawal | -3.71 | ITC | | DEBIT CHARGE TO 5707309522 | 817.76 | 3151249 |
| Authorizing Employee: | | | | | Document Locator Number: | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 08/18/2014 09:26 | Withdrawal | -3.79 | ITC | | DEBIT CHARGE TO 5707309522 | 813.97 | 3154197 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/18/2014 20:49 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 811.03 | 3155450 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/18/2014 20:58 | Withdrawal | -3.17 | ITC | | DEBIT CHARGE TO 5707309522 | 807.86 | 3155479 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/18/2014 21:44 | Withdrawal | -4.49 | ITC | | DEBIT CHARGE TO 5707309522 | 803.37 | 3155569 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/19/2014 08:13 | Withdrawal | -8.03 | PM | | CRR-SUJEILY I VALE SOTOMAYOR | 795.34 | 3155726 |
| Authorizing Employee: 423 | | | | | Document Locator Number: | | |
| 08/19/2014 08:14 | Withdrawal | -2.00 | SC | | MAIL PROCESS-CRR | 793.34 | 3155727 |
| Authorizing Employee: 423 | | | | | Document Locator Number: | | |
| 08/19/2014 08:15 | Withdrawal | -3.29 | PM | | FL ENV-CLARITZA MONTALVO | 790.05 | 3155728 |
| Authorizing Employee: 423 | | | | | Document Locator Number: | | |
| 08/19/2014 08:20 | Withdrawal | -.07 | PM | | FL ENV-SOTOMAYOR | 789.98 | 3155729 |
| Authorizing Employee: 423 | | | | | Document Locator Number: | | |
| 08/19/2014 22:16 | Withdrawal | -2.94 | ITC | | DEBIT CHARGE TO 5707309522 | 787.04 | 3157110 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/20/2014 12:55 | Withdrawal | -80.00 | CP | | COMMISSARY SUMMARY POSTING | 707.04 | 3157551 |
| Authorizing Employee: | | | | | Document Locator Number:     ITI COMMISSARY SUMMARY POSTING | | |
| 08/24/2014 11:36 | Withdrawal | -3.40 | ITC | | DEBIT CHARGE TO 5707309522 | 703.64 | 3162620 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/24/2014 13:49 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 698.61 | 3162722 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/25/2014 10:48 | Withdrawal | -3.00 | EF | | PHOTO ALBUM | 695.61 | 3163480 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 08/27/2014 12:45 | Withdrawal | -28.45 | CP | | COMMISSARY SUMMARY POSTING | 667.16 | 3166582 |
| Authorizing Employee: | | | | | Document Locator Number:     ITI COMMISSARY SUMMARY POSTING | | |
| 08/27/2014 19:28 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 662.13 | 3167194 |
| Authorizing Employee: | | | | | Document Locator Number: | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date:  09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 08/27/2014 19:55 | Withdrawal | -4.72 | ITC | | DEBIT CHARGE TO 5707309522 | 657.41 | 3167256 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/28/2014 07:52 | Withdrawal | -6.48 | PM | | CCR-MILFORD POLICE DEPT | 650.93 | 3167710 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 08/28/2014 07:53 | Withdrawal | -2.00 | SC | | POSTAGE PROCESSED | 648.93 | 3167711 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 08/28/2014 14:21 | Withdrawal | -4.18 | ITC | | DEBIT CHARGE TO 5707309522 | 644.75 | 3168116 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 08/31/2014 14:36 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5703501144 | 639.72 | 3171675 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/01/2014 20:26 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 634.69 | 3172732 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/02/2014 10:51 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 629.66 | 3173285 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/03/2014 09:21 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 624.63 | 3174730 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/03/2014 11:31 | Withdrawal | -30.85 | CP | | COMMISSARY SUMMARY POSTING | 593.78 | 3174887 |
| Authorizing Employee: | | | | | Document Locator Number:      ITI COMMISSARY SUMMARY POSTING | | |
| 09/03/2014 12:50 | Withdrawal | -4.02 | ITC | | DEBIT CHARGE TO 5707309522 | 589.76 | 3175021 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/03/2014 14:36 | Withdrawal | -3.17 | ITC | | DEBIT CHARGE TO 5707309522 | 586.59 | 3175217 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/04/2014 12:23 | Withdrawal | -70.00 | CW | | M/O CLARITZA MONTALVO | 516.59 | 3176401 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 09/04/2014 12:24 | Withdrawal | -1.00 | MO | | M/O FEE | 515.59 | 3176402 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 09/05/2014 08:15 | Withdrawal | -1.40 | PM | | FLT-BLOOMINGROVE ST POLICE | 514.19 | 3177673 |
| Authorizing Employee: 499 | | | | | Document Locator Number: | | |
| 09/05/2014 11:27 | Withdrawal | -5.03 | ITC | | DEBIT CHARGE TO 5707309522 | 509.16 | 3177846 |
| Authorizing Employee: | | | | | Document Locator Number: | | |

# Inmate Account Summary Legacy Report
## Pike County Correctional Facility

Today's Date: 09/19/2014

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| HERNANDEZ-TIRADO | JOSE | | | 13-07012 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 09/05/2014 18:38 | Withdrawal | -3.01 | ITC | | DEBIT CHARGE TO 5707309522 | 506.15 | 3178455 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/08/2014 10:37 | Withdrawal | -5.18 | ITC | | DEBIT CHARGE TO 5703415190 | 500.97 | 3181418 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/09/2014 16:34 | Withdrawal | -3.17 | ITC | | DEBIT CHARGE TO 5707309522 | 497.80 | 3183277 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/10/2014 10:43 | Withdrawal | -12.55 | CP | | COMMISSARY SUMMARY POSTING    ITI COMMISSARY SUMMARY POSTING | 485.25 | 3184297 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/12/2014 16:05 | Withdrawal | -3.01 | ITC | | DEBIT CHARGE TO 5707309522 | 482.24 | 3187068 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/15/2014 13:42 | Withdrawal | -450.00 | CW | | M/O CLARITZA MONTLAVO | 32.24 | 3189479 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 09/15/2014 13:43 | Withdrawal | -1.00 | MO | | M/O FEE | 31.24 | 3189480 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 09/16/2014 08:03 | Withdrawal | -1.61 | PM | | FLT-INSPECTOR GENERAL | 29.63 | 3190548 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |
| 09/17/2014 10:17 | Withdrawal | -14.25 | CP | | COMMISSARY SUMMARY POSTING    ITI COMMISSARY SUMMARY POSTING | 15.38 | 3192055 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/18/2014 16:37 | Withdrawal | -3.01 | ITC | | DEBIT CHARGE TO 5707309522 | 12.37 | 3193528 |
| Authorizing Employee: | | | | | Document Locator Number: | | |
| 09/19/2014 14:06 | Withdrawal | -12.00 | SC | | 12 PGS ACCOUNT PRINT OUT | .37 | 3194449 |
| Authorizing Employee: 459 | | | | | Document Locator Number: | | |

Total Withdrawals    -5456.39

Total Deposits    5456.76