# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE A. HERNANDEZ-TIRADO ) <br> Plaintiff ) <br> *pro-se* ) <br> ) <br> v. ) <br> ) <br> CRAIG LOWE, in his Official ) <br> Capacity as Warden of PCCF; *et al.*, ) <br> Defendants ) | MOTION FOR APPOINTMENT OF COUNSEL <br><br> Civil Action No. _____ |

FILED SCRANTON SEP 30 2014 PER _____ DEPUTY CLERK

Pursuant to 28 U.S.C. § 1915 (e)(1) Plaintiff, JOSE A. HERNANDEZ-TIRADO- *pro se,* (hereinafter Plaintiff), moves for an order appointing counsel to represent him in this case. In support of this motion Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in *forma pauperis*.

2. Plaintiff imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Furthermore, Plaintiff is currently housed in a segregation area (RHU), and has limited access to the law library; as well as poor education and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross-examine witnesses.

**Wherefore,** Plaintiff respectfully request that the court appoint a counsel in the afore underlying matter.

Dated this 25th, day of September of 2014.

Respectfully Submitted;

_____
José A. Hernández-Tirado, *pro se*
Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE A. HERNANDEZ-TIRADO )<br>    *pro-se* )<br>    Plaintiff )<br> )<br>v. )<br> )<br>CRAIG LOWE, in his Official )<br>Capacity as Warden of PCCF; )<br>CHRISTENSEN badge # 8, in his )<br>Official Capacity as Correctional Officer )<br>BARRY badge # 66, in his Official )<br>Capacity as Correctional Officer )<br>    Defendants ) | **SUMMONS**<br><br>Civil Action No. _____ |

### TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiff, whose address is, 175 Pike County Boulevard, Lords Valley PA, 18428, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service, or sixty (60) days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: _____