UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
SCRANTON, PA   18501

September 30, 2014

**Jose A. Hernandez-Tirado**
Pike County Correctional Facility
175 Pike County Blvd.
Lords Valley, PA 18428

Hernandez-Tirado v. Lowe, et al, 3:14-cv-1897

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the court for consideration.

Very truly yours,

MARIA E. ELKINS, Clerk

By: s/Robert C, Golden
      Deputy Clerk

[] Petition For Writ of Habeas Corpus          [ x] Complaint

[ ] Transfer From Other District               [ ] Other