IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSÉ A. HERNÁNDEZ-TIRADO, :
:
:
Plaintiff :
: CIVIL NO. 3:CV-14-1897
v. :
: (Judge Caputo)
CRAIG LOWE, *et al.*, :
:
Defendants :

ORDER

AND NOW, this 14th day of **OCTOBER, 2014**, it is **ORDERED** that Mr. Hernádez-Tirado's Motion for Appointment of Counsel (Doc. 3) is **DENIED**.

A. RICHARD CAPUTO
United States District Judge