## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSÉ A. HERNÁNDEZ-TIRADO, | : | |
| | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL NO. 3:CV-14-1897** |
| v. | : | |
| | : | **(Judge Caputo)** |
| CRAIG LOWE, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Presently before the court is Mr. Hernández-Tirado's "Motion to Accept and Consider as Evidence Declarations of Witnesses" (Doc. 15.)  Mr. Hernández-Tirado seeks to add to the record in this matter the declaration of two witnesses supportive of his claims.  (*Id.*)  Because the defendants have yet to file a response to the Complaint and there are no dispositive motions pending, the submission of evidentiary materials is premature.  Following the defendants' response to the Complaint, if necessary, the court will issue a case management order specifying the dates for the close of discovery and the deadline for filing of dispositive motions.

ACCORDINGLY, THIS _13th_ DAY OF NOVEMBER, 2014, IT IS HEREBY ORDERED THAT:

1. Mr. Hernández-Tirado's Motion to Accept and Consider as Evidence Declarations of his Witnesses (Doc. 15) is **DENIED** without prejudice.

2.    The Clerk of Court is directed to strike from the record the declarations attached to Mr. Hernández-Tirado's motion (Doc. 15) and return them to him.


**A. RICHARD CAPUTO**
**United States District Judge**