

**Maria E. Elkins**
**Clerk of Court**

Office of the Clerk

UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920
Williamsport:
(570) 323-6380

November 14, 2014

Jose A. Hernandez-Tirado
Pike County Correctional Facility
**SPECIAL MAIL-OPEN ONLY IN THE**
**PRESENCE OF THE INMATE**
175 Pike Couty Blvd.
Lords Valley, PA    18428

      RE:    <u>Hernandez-Tirado v. Lowe, et al</u>
             Civil Action No. 3:14-CV-1897

Dear Mr. Hernandez-Tirado:

     Pursuant to Honorable A. Richard Caputo's order of November 13, 2014 (Doc. 16), the declarations attached to your "Motion to Accept and Consider as Evidence Declarations of Witnesses" (Doc. 15), are being returned to you.

               **MARIA E. ELKINS**
               **CLERK OF COURT**

               By: <u>L. Potoeski</u>
               Generalist/Deputy Clerk

Encls.