# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE A. HERNANDEZ-TIRADO,

   Plaintiff,

       v.

CRAIG LOWE, *et al.*,

   Defendants.

NO. 3:14-CV-1897

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 30th day of January, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 47) filed by Erik Christensen is **GRANTED**.

(2) Judgment is **ENTERED** in favor of Defendant Christensen and against Plaintiff Jose Hernandez-Tirado on the remaining First Amendment retaliation and Fourteenth Amendment excessive force claims.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                      /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge